**Darrius Lamont WALKER,
Petitioner–Appellant,**

v.

**Patricia R. STANSBERRY, Warden,
Respondent–Appellee.**

No. 05–7871.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2006.

Decided: June 26, 2006.

Darrius Lamont Walker, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

168

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darrius Lamont Walker, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Walker v. Stansberry*, No. CA–05–499–5–H (E.D.N.C. Sept. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*